IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Respondent,     No. CR S-02-0104 LKK GGH P

  vs.

ANTONIO MENDOZA-GONZALEZ,

   Movant.     <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

   The court served an order on movant's address of record.  The order was returned by the postal service as undeliverable.  It appears that movant has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

   Accordingly, IT IS HEREBY RECOMMENDED that:

   1.  This action be dismissed for movant's failure to keep the court apprised of his current address (<u>see</u> Local Rules 83-182(f) and 11-110); and

   2.  The Clerk of the Court be directed to close the companion civil case No. CIV-S-05-1385 LKK GGH.

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 1/5/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
mend0104.233